**FRANCESCO TADDEO, LLC (FT6867)**
**Attorney ID. No.: 012212001**
31 East High Street
Somerville, NJ  08876
(908) 526-1088
(908) 526-1099 (FAX)
Attorney for Defendants, Plainfield Board of Education, Anna
Belin-Pyles, Scott Buckholder, Jean Marie Gordon

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL OMAN WASHINGTON,<br><br>     Plaintiff,<br><br> -vs-<br><br>THE PLAINFIELD BOARD OF EDUCATION, ANNA BELIN-PYLES, SCOTT BUCKHOLDER, and JEAN MARIE GORDON<br><br><br>Defendants. | DOCKET NO. 2:15-CV-01431-SRC-CLW<br><br><br><br>**NOTICE OF MOTION** |

TO:   THE HILL FIRM, LLC
   415 Amwell Road, Suite #207
   Hillsborough, New Jersey 08844
   **Attn:**  **Bilal Hill, Esq.**

SIR:

PLEASE TAKE NOTICE that on December 7, 2015 at 9:00 a.m. in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorney Francesco Taddeo, Esq., attorney for the defendants, the Plainfield Board of Education, Anna Belin-Pyles, Scott Buckholder and Jean Marie Gordon shall apply before the

- 2 -

United States District Court, District of New Jersey, for an Order granting its Motion to Dismiss the Complaint as per R. 12 (b)(6).

The movant shall rely upon the annexed Brief and Certification of Counsel with exhibits in support of this motion.

Oral argument is requested.

FRANCESCO TADDEO, ESQ.
Attorney for Defendant,
Plainfield Board of
Education, Anna Belin-Pyles,
Scott Buckholder and Jean
Marie Gordon

By:   _/s/Francesco Taddeo_____

FRANCESCO TADDEO, ESQ.

DATE: October 30, 2015

-2-

## CERTIFICATION OF SERVICE

I hereby certify that on October 30, 2015, I caused to be filed with the Clerk of the United States District Court for the District of New Jersey, Newark, New Jersey, via Electronic Filing, Defendants' Motion to Dismiss Plaintiff's Complaint as per R. 12 (b)(6), Brief, Certification of Counsel with exhibits and proposed form of Order.

On October 30, 2015, I caused to be served a copy of Defendants' Motion to Dismiss Plaintiff's Complaint as per R. 12 (b)(6), Brief, Certification of Counsel with exhibits and proposed form of Order, via Fed Ex upon the following:

> The Hill Firm, LLC
> 415 Amwell Road, Suite #207
> Hillsborough, New Jersey 08844
> Attn:    Bilal Hill, Esq.
> Attorneys for Plaintiff

I hereby certify that the foregoing statements made by me are true.  I am aware that if any statement made by me is willfully false, I am subject to punishment.

FRANCESCO TADDEO, ESQ.
Attorney for Defendant,
Plainfield Board of
Education, Anna Belin-Pyles,
Scott Buckholder and
Jean Marie Gordon

By:   _/s/Francesco Taddeo_____
FRANCESCO TADDEO, ESQ.

DATE: October 30, 2015

- 3 -